UNITED STATES OF AMERICA v.

$76,430.57, $4,274.25, $5,400,758.09 IN UNITED STATES CURRENCY

Civil No. **B-03-059**

United States District Court
Southern District of Texas
FILED

MAR 1 8 2003

Michael N. Milby
Clerk of Court

NOTICE OF INTENT TO FORFEIT

     The United States of America intends to forfeit $76,430.57, $4,274.25, $5,400,758.09 in U.S. Currency. Anyone with a legal interest in the subject property who seeks to contest the forfeiture must file a claim the manner set forth in Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims, within 20 days after execution of process, and an answer within 20 days thereafter. Such pleadings shall be filed with the U.S. District Clerk, 105 Federal Bldg., 500 E. 10th, Brownsville, Texas 78520, with a copy to Susan B. Kempner, Assistant U.S. Attorney, P.O. Box 61129, Houston, Texas 77208.