United States District Court
Southern District of Texas
FILED

APR 0 4 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. B-03-059 |
| | § | |
| $76,430.57 (SEVENTY SIX THOUSAND, FOUR HUNDRED THIRTY DOLLARS AND 57 CENTS) IN UNITED STATES CURRENCY | § | |
| AND | § | |
| $4,274.25 (FOUR THOUSAND TWO HUNDRED SEVENTY FOUR DOLLARS AND 25 CENTS) | § | |
| AND | § | |
| $5,400,758.09 (FIVE MILLION FOUR HUNDRED THOUSAND SEVEN HUNDRED FIFTY EIGHT DOLLARS AND 9 CENTS) | § | |
| Defendants. | § | |

GOVERNMENT'S DISCLOSURE OF INTERESTED PARTIES

1) The United States of America, plaintiff in this action.

The following persons may file a verified claim and answer:

2) Jose Luis Betancourt:

Baltazar Salazar, Attorney
1612 Winbern
Houston, TX 77004

3)  Guadalupe Rosales:

Reynaldo Merino, Attorney
4800 North 10th Street, Suite F,
McAllen, TX 78504-2874

                Respectfully submitted,
                MICHAEL T. SHELBY
                UNITED STATES ATTORNEY

By: _____
(713) 567-9565
Susan Kempner
TBN: 11259700
Assistant United States Attorney
P. O. Box 61129
910 Travis, Suite 1500
Houston, Texas 77208

### Certificate of Service

I certify that a copy of this document was sent to counsel listed above on April 4th, 2003.

_____
Susan Kempner