| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
ENTERED

APR 0 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES OF AMERICA §
§
versus §   CIVIL ACTION NO. **B-03-59**
§
$76,430.57, $4,274.25 and $5,400,758.09 §


## ORDER OF TRANSFER

1.   This case has been transferred to **Judge Hilda G. Tagle** for this reason:

     ☑ Agreement between the judges.

     ☐ Recusal.

     ☑ Related criminal case CR B-03-90-S1.

     ☐ Other: _____.

2.   A new scheduling order will issue; previous court settings are cancelled.

DONE at Brownsville, Texas, this 8th day of April, 2003.

Andrew S. Hanen
United States District Judge