United States District Court
Southern District of Texas
FILED

APR 2 2 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
|     Plaintiff | * | |
| V | * | CIVIL ACTION NO. B-03-059 |
| | * | |
| $76,430.57 and $4,274.25 and | * | |
| $5,400,758.09 IN UNITED STATES | * | |
| CURRENCY | * | |
|     Defendants | * | |

## CLAIMANT'S CLAIM FOR SEIZED PROPERTY

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, JOSE LUIS BETANCOURT, hereinafter referred to as the Claimant, by and through his attorney, Baltazar Salazar, and files this Claim for Seized Property to Plaintiff's Complaint For Forfeiture In Rem and would show the following:

1. The property seized by agents of the U.S. Customs Service and therefore the subject of this Claim is described as $76,430.57 and $4,274.25 and $5,400,758.09 in United States currency, which are proceeds from Claimant's Texas lottery winnings.

2. The property was seized from Jose Luis Betancourt and is the property of Jose Luis Betancourt. Jose Luis Betancourt is the sole and exclusive owner of the seized property. Furthermore, my attorney, Baltazar Salazar, is fully authorized to make this claim on my behalf.

3. The aforesaid property should be returned to Claimant for the reason that said property was not and is not subject to seizure or forfeiture pursuant to 21 U.S.C. § 881 (a) (6), or any other statute or regulation of the United States Government. Claimant would further show that no probable cause existed for the seizure of such property and such property was unlawfully seized.

WHEREFORE, Claimant herein makes a claim on the above-described property.

Respectfully submitted,

_____
BALTAZAR SALAZAR
Attorney for Claimant
1612 Winbern
Houston, Texas 77004
Federal Admission No. 18536
Tel. (713) 655-1300
Fax. (713) 807-0930

### CERTIFICATE OF SERVICE

On the 22nd day of April, 2003 a true and correct copy of the **CLAIMANT'S CLAIM FOR SEIZED PROPERTY** was mailed to Susan Kemper, Assistant United States Attorney for the Southern District of Texas, PO Box 61129, 910 Travis, Suite 1500, Houston, Texas 77208.

_____
Baltazar Salazar

# AFFIDAVIT

| | |
|---|---|
| STATE OF TEXAS | § |
|  | § |
| COUNTY OF CAMERON | § |

Before me, the undersigned authority, this day personally appeared Jose Luis Betancourt, a person well known to me, who after being duly sworn did depose and state as follows:

My name is Jose Luis Betancourt. I am of legal age, am in all ways competent to make this affidavit, and have personal knowledge of all facts recited herein.

I am the Claimant in Case No. B-03-059, in the amount of $76,430.57 and $4,274.25 and $5,400,758.09 in United States currency, seized in Brownsville, Texas, on or about January 18, 2003 and January 21, 2003. I have reviewed the foregoing Claim and hereby swear and verify that all factual statement therein are true and correct.

Further Affiant sayeth not.

_____
Jose Luis Betancourt

Signed and sworn to before me this 22th day of April, 2003, to which witness my hand and official seal.

_____
Notary Public
State of Texas

LUZ ELENA PRUKOP
MY COMMISSION EXPIRES
May 29, 2006