UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District
FILED

JUN 2 7 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF | § | |
| V. | § | CIVIL ACTION NO. B-03-059 |
| $76,430.57 (SEVENTY SIX THOUSAND, FOUR HUNDRED THIRTY DOLLARS AND 57 CENTS) IN UNITED STATES CURRENCY | § | JURY TRIAL DEMANDED |
| AND | § | |
| $4,274.25 (FOUR THOUSAND TWO HUNDRED SEVENTY FOUR DOLLARS AND 25 CENTS IN UNITED STATES CURRENCY | § | |
| AND | § | |
| $5,400,758.09 (FIVE MILLION FOUR HUNDRED THOUSAND SEVEN HUNDRED FIFTY EIGHT DOLLARS AND 9 CENTS) IN UNITED STATES CURRENCY | § | |

## CLAIM FOR SEIZED PROPERTY

NORMA ALICIA GUERRERO, a resident of Brownsville, Cameron County, Texas, hereby makes claim to a portion of the Defendant property: to-wit, a portion of $76,430.57, $4,274.25, and $5,400,758.09 in United States currency.

1. The property was seized from JOSE LUIS BETANCOURT and NORMA ALICIA GUERRERO. NORMA ALICIA GUERRERO has the right to make this claim by virtue of the fact that she is married to JOSE LUIS BETANCOURT and she has a community property interest in the property.

2. The property was obtained by lawful means and was neither used nor intended to be used for any unlawful purpose.

3. Claimant NORMA ALICIA GUERRERO's portion of the property should be

returned to her for the reason that the property was not and is not subject to seizure or forfeiture pursuant to Title 21, United States Code, Section 881(a)(6). Claimant would further show that no probable cause existed for the seizure of such property.

### VERIFICATION

I, NORMA ALICIA GUERRERO, reside in Brownsville, Cameron County, Texas, and declare under penalty of perjury that a portion of the property seized in this matter: to wit, a portion of $76,430.57, $4,274.25, and $5,400,758.09 in United States currency, does in fact belong to me and that I have the right to defend this action.

NORMA ALICIA GUERRERO

SWORN AND SUBSCRIBED to before me by NORMA ALICIA GUERRERO on this 27th day of June, 2003, to which witness my hand and official seal.


SUGEY MUNIZ
MY COMMISSION EXPIRES
November 9, 2003

Notary Public, in and for the State of Texas

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon the following counsel by the means noted below on this the 27th day of June, 2003:

Susan Kempner
Assistant United States Attorney
P. O. Box 61129
910 Travis, Suite 1500
Houston, Texas 77208
(CM-RRR No. 7002 3150 0002 0962 9479)

Isidro O. Castanon
Allen, Stein & Durbin, P.C.
809 1st Street
Palacios, Texas 77465
(regular mail)

Manuel M. Vela
Law Office of Manuel M. Vela
501 E. Tyler Street, Suite 4
Harlingen, Texas 78550
(regular mail)

Reynaldo M. Merino
Law Office of Reynaldo M. Merino
4800 North 10th Street, Suite F
McAllen, Texas 78504
(regular mail)

A.C. Nelson
Arturo McDonald
James E. Belton
Attorneys at Law
3505 Boca Chica Blvd., Suite 434
Brownsville, Texas 78520
(regular mail)

Baltazar Salazar
Attorney at Law
1612 Winbern
Houston, Texas 77004
(regular mail)

_____
Phil A. Bellamy