IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 2 2 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| Plaintiff, § | |
| v. § | CIVIL ACTION NO. B-03-059 |
| § | |
| $76,430.57 (SEVENTY SIX § | |
| THOUSAND, FOUR HUNDRED § | |
| THIRTY DOLLARS AND 57 CENTS) § | |
| IN UNITED STATES CURRENCY § | |
| § | |
| AND § | |
| § | |
| $4,274.25 (FOUR THOUSAND § | |
| TWO HUNDRED SEVENTY FOUR § | |
| DOLLARS AND 25 CENTS) § | |
| § | |
| AND § | |
| § | |
| $5,400,758.09 (FIVE MILLION § | |
| FOUR HUNDRED THOUSAND § | |
| SEVEN HUNDRED FIFTY EIGHT § | |
| DOLLARS AND 9 CENTS) § | |
| § | |
| Defendants. § | |

### UNOPPOSED MOTION TO CONTINUE SCHEDULING CONFERENCE
### AND MOTION TO STAY CIVIL ACTION

The United States of America moves to continue the August 11, 2003 scheduling conference and to stay this case. The defendants $76,430.57, $4,274.25 and $5,400,758.09 ("defendant property") were forfeited to the United States in United States v. Betancourt. Persons asserting an interest in the defendant property may file an ancillary petition in United States v. Betancourt under 21 U.S.C. § 853(n) and Rule 32.2, Fed. R. Crim. P.

Counsel for the United States has spoken with counsel for claimants Guadalupe

Rosales, Jose Luis Betancourt (Betancourt), and Norma Guerrero[1], who agree a stay is appropriate. Baltazar Salazar, Betancourt's attorney, states he may re-urge his motion for partial release of funds under the Court's May 8, 2003 order in <u>United States v. Betancourt</u> ("Defendant may re-urge the motion for partial release of funds in the cause of action relating to the civil forfeiture, <u>United States v. $76,430.57, et al.</u>, civil action no. 1:03cv00059").

The United States filed its complaint for forfeiture *in rem* on March 18, 2003. On April 8, 2003, the Court set an initial pretrial and scheduling conference for August 11, 2003. Jose Luis Betancourt filed a claim on April 22, 2003 and answered the government's complaint on April 3, 2003. Guadalupe Rosales filed a claim on April 17, 2003 followed by an answer on May 9, 2003. Norma Guerrero filed a claim and answer on June 27, 2003.

On February 12, 2003, Betancourt was indicted and charged with drug trafficking activities in the Southern District of Texas, Brownsville Division. The indictment was superseded on February 26, 2003. The superseding indictment gave Betancourt notice under Title 21 U.S.C. § 853 that the government intended to forfeit property obtained from drug proceeds, including Texas lottery winnings and gross proceeds obtained during the conspiracy. Betancourt was convicted by the jury on all counts of the indictment on May 30, 2003. On June 4, 2003, the jury found the winning Texas lottery ticket was acquired with proceeds from the defendant's drug conspiracy. The Court signed a preliminary order forfeiting the lottery proceeds and $76,000.00 on June 25,

---

[1] Norma Guerrero claims a community property interest in the defendant property as Betancourt's common-law wife.

2003. The preliminary order of forfeiture includes the defendant property in this *in rem* proceeding. Betancourt's sentencing is set for September 2, 2003, at 9:00 a.m.

Following the entry of the preliminary order of forfeiture in the criminal case, the United States provided direct written notice to third parties who allege an interest in the property, under 21 U.S.C. § 853(n) and Rule 32.2, Fed. R. Crim. P. In addition to serving all the civil claimants in this case, the United States also served James Belton, individually, and as attorney for A.C. Nelson and Arturo McDonald on July 11, 2003[2]. Under 21 U.S.C. § 853(n)(2) the time to file ancillary petitions in the criminal case has not expired[3].

Counsel for the United States has been advised by their respective counsel that the civil claimants Guadalupe Rosales and Norma Guerrero intend to file ancillary petitions in the criminal case. It is appropriate that this case be stayed, pending determination of third-party interests in the ancillary proceedings in <u>United States v. Betancourt,</u> criminal case no. B-03-090, as provided in 21 U.S.C. § 853 and Rule 32.2, Fed. R. Crim. P.

---

[2] Attorneys Nelson, Belton and McDonald filed an intervention in *Rosales v. Betancourt*, a state court action filed by Guadalupe Rosales asserting an interest in the property subject to federal forfeiture. The state case was set for trial on June 9, 2003; before trial, the state action was dismissed without prejudice.

[3] 21 U.S.C. § 853(n)(2) provides that "any person, other than the defendant, asserting a legal interest in the property...may, within thirty days of the final publication of notice or his receipt of notice...whichever is earlier, petition the court for a hearing to adjudicate the validity of his alleged interest in the property. The hearing shall be held before the court alone, without a jury".

3

<u>Certificate of Conference</u>

Counsel for the United States has spoken with counsel for all claimants. This motion is unopposed.

The United States moves to continue the August 11, 2003 initial and pretrial scheduling conference and to stay this case, pending determination of third-party interests in the ancillary proceedings in <u>United States v. Betancourt,</u> criminal case no. B-03-090.

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

By: *Maria Elena Llanos-Salinas for:*
(713) 567-9565
Susan Kempner
Assistant United States Attorney
P. O. Box 61129
910 Travis, Suite 1500
Houston, Texas 77208

<u>Certificate of Service</u>

A copy of the government's motion was sent by facsimile to Reynaldo Merino, Baltazar Salazar and Phil Bellamy on July 22, 2003.

*Maria Elena Llanos-Salinas for:*
Susan Kempner