15

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 2 5 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| UNITED STATES OF AMERICA | § |
| --- | --- |
| Plaintiff, | § |
| v. | § CIVIL ACTION NO. B-03-059 |
| $76,430.57 (SEVENTY SIX THOUSAND, FOUR HUNDRED THIRTY DOLLARS AND 57 CENTS) IN UNITED STATES CURRENCY | § |
| AND $4,274.25 (FOUR THOUSAND TWO HUNDRED SEVENTY FOUR DOLLARS AND 25 CENTS) | § |
| AND $5,400,758.09 (FIVE MILLION FOUR HUNDRED THOUSAND SEVEN HUNDRED FIFTY EIGHT DOLLARS AND 9 CENTS) | § |
| Defendants. | § |

## ORDER

The unopposed motion of the United States to continue the August 11, 2003 initial pretrial and scheduling conference and to stay this case is granted. The August 11, 2003 conference is continued and this case is stayed pending further order of the Court.

DONE at Brownsville, Texas, this ____, day of _____, 2003.

_____
Hilda G. Tagle
United States District Judge