IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 21 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CRIMINAL CASE NO. B-03-090<br>CIVIL CASE NO. B-03-59 |
| JOSE LUIS BETANCOURT | § § | |

### ORDER

BE IT REMEMBERED that on December 21, 2004, the Court **SCHEDULED** a hearing in which the parties will present arguments concerning the release to Third Party Petitioner, Guadalupe Rosales, fifty percent of the seized money. More specifically, the parties will argue the propriety of releasing a percentage of the money deposited with the U.S. Internal Revenue Service ("IRS"). For this purpose, the Court **ORDERS** the following parties, or their legal representatives, to appear for this hearing: the Defendant, Jose Luis Betancourt; the Third Party Petitioner in this case, Guadalupe Rosales; the Government; and a legal representative for the United States Internal Revenue Service, thus far represented by Thomas M. Herrin.

Additionally, to the extent that disposition of the issue concerning monies deposited with the IRS requires the Court to lift a stay in the companion civil case, civil action no. 03-59, the Court does so now.

The Court **SETS** the hearing for _January 27, 2005 @ 9:30 A.m._ Parties that wish the Court to consider any additional briefings must file them at least 48 hours before the hearing.

DONE at Brownsville, Texas, this 21st day of December, 2004.

Hilda G. Tagle
United States District Judge