UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CIVIL NO. B-03-059 |
| § | |
| JOSE LUIS BETANCOURT § | |

**ORDER ON ROSALES' MOTION/REQUEST FOR RELIEF ON TAX DEPOSIT ISSUE**

In its Final Order of Forfeiture ("Order") dated December 8, 2003, in the companion criminal case, criminal case no. B-03-090-SI, this Court found that Guadalupe Rosales was the owner of one-half of the $5,481,462.80 forfeited to the United States Government from the Texas Lotto jackpot of December 11, 2002. Guadalupe Rosales ("Rosales"), subsequently asked the Court to address Rosales' interest in the $2,027,378.43 tax deposit made with respect to, and out of, this jackpot.

In the Court's Memorandum Opinion and Final Order of Forfeiture of December 8, 2003, in the companion criminal case, criminal case No. B-03-090-SI, the Court found that $2,027,378.43 from the December 11, 2002 winning Texas Lotto Jackpot in question was withheld by the Texas Lottery Commission, as required by law, and deposited with the IRS as estimated taxes. Based on this fact, and in the same manner in which this Court previously found that Rosales was the owner of one-half of the $5,481,462.80 forfeited to the United States Government from the Texas Lotto jackpot of December 11, 2002, the Court now finds that Rosales is also the owner of one-half of the $2,027,378.43 deposited with the IRS with respect to, and out of, this Texas Lotto jackpot. The IRS is instructed to apportion to Rosales $1,013,689.21 of the $2,027,378.43 deposited with the IRS with respect to, and out of, the December 11, 2002 winning Texas Lotto jackpot.

Based on this finding, the IRS and Rosales have reached an agreement as to the amount of estimated taxes to be paid by Rosales to the IRS with respect to his share of the Texas Lotto jackpot of December 11, 2002. In addition to the sum of $1,013,689.21 (½ of the $2,027,378.43 currently on deposit with the IRS), the parties have agreed that an additional sum of $50,000 will be paid directly to the IRS, from the $2,740,731.40 previously determined by this Court to be Rosales' interest in the $5,481,462.80 covered by this Court's December 8, 2003 Order in the companion criminal case, criminal case No. B-03-090-SI, as an additional deposit towards Rosales' federal income tax liability based on the Texas Lotto jackpot of December 11, 2002. The sum of $50,000 will be deducted and paid from those proceeds that this Court previously found Rosales is entitled to receive pursuant to this Court's December 8, 2003 Final Order of Forfeiture in the companion criminal case, criminal case No. B-03-090-SI and it will be paid to the IRS at the same time this Court releases the remaining funds to Rosales in the companion criminal case, criminal case No. B-03-090-SI.

DONE at Brownsville, Texas this _____ day of _____, 2005.

_____
Hilda G. Tagle
United States District Judge