IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 07 2005

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. B-03-059 |
| $76,430.57 (SEVENTY SIX THOUSAND, FOUR HUNDRED THIRTY DOLLARS AND 57 CENTS) IN UNITED STATES CURRENCY | § | |
| AND | § | |
| $4,274.25 (FOUR THOUSAND TWO HUNDRED SEVENTY FOUR DOLLARS AND 25 CENTS) | § | |
| AND | § | |
| $5,400,758.09 (FIVE MILLION FOUR HUNDRED THOUSAND SEVEN HUNDRED FIFTY EIGHT DOLLARS AND 9 CENTS) | § | |
| AND | § | |
| $2,027,378.43 (TWO MILLION TWENTY SEVEN THOUSAND THREE HUNDRED SEVENTY EIGHT DOLLARS AND 43 CENTS) | § | |
| Defendants. | § | |

## MOTION FOR LEAVE TO AMENDED COMPLAINT FOR FORFEITURE IN REM

The United States of America, Plaintiff, moves for leave to file an amended civil complaint for forfeiture to include as defendant $2,027,378.43 on deposit with the Internal Revenue Service. The amended complaint is attached.

The defendants $76,430.57, $4,274.25, and $5,400,758.09, with the

$2,027,378.43 on deposit with the Internal Revenue Service (IRS), represent all the Lottery winnings from the winning ticket for the December 11, 2002 Texas Lottery drawing. The $2,027,378.43 was transferred from the Texas Lottery Commission to the IRS.

In *United States v. Betancourt,* B-03-090, the Court entered a preliminary order followed by a final order of forfeiture awarding one-half (50%) of $76,430.57, $4,274.25, and $5,400,758.09 to Mr. Guadalupe Rosales.

There remains for distribution the money on deposit with the IRS from the Texas lottery December 11, 2002 winning lottery ticket.

Accordingly, the United States moves to amend the complaint for forfeiture to add the money on deposit with the IRS and for the issuance of an arrest warrant in rem with substitute custodian. 18 U.S.C. § 981(b)(2)(A).

WHEREFORE, the United States of America prays for leave to amend the complaint and for arrest of the res.

> Respectfully submitted,
>
> MICHAEL T. SHELBY
> UNITED STATES ATTORNEY
>
> By: _____ for
> (713) 567-9565
> Susan Kempner
> Assistant United States Attorney
> P. O. Box 61129
> 910 Travis, Suite 1500
> Houston, Texas 77208