United States District Court
Southern District of Texas
ENTERED

FEB 1 6 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____ .

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § CIVIL ACTION NO. B-03-059 |
| | § |
| $76,430.57 (SEVENTY SIX | § |
| THOUSAND, FOUR HUNDRED | § |
| THIRTY DOLLARS AND 57 CENTS) | § |
| IN UNITED STATES CURRENCY | § |
| | § |
| AND | § |
| | § |
| $4,274.25 (FOUR THOUSAND | § |
| TWO HUNDRED SEVENTY FOUR | § |
| DOLLARS AND 25 CENTS) | § |
| | § |
| AND | § |
| | § |
| $5,400,758.09 (FIVE MILLION | § |
| FOUR HUNDRED THOUSAND | § |
| SEVEN HUNDRED FIFTY EIGHT | § |
| DOLLARS AND 9 CENTS) | § |
| | § |
| AND | § |
| | § |
| $2,027,378.43 (TWO MILLION | § |
| TWENTY SEVEN THOUSAND | § |
| THREE HUNDRED SEVENTY | § |
| EIGHT DOLLARS AND 43 CENTS) | § |
| | § |
| Defendants. | § |

**WARRANT OF ARREST IN REM
WITH SUBSTITUTE CUSTODIAN**

**TO: SPECIAL AGENT, IMMIGRATION AND CUSTOMS ENFORCEMENT,
SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION**

WHEREAS, a Complaint of Forfeiture has been filed in this action alleging that

certain money from the December 11, 2002 Texas Lottery drawing is subject to

forfeiture; and

WHEREAS, title to the defendants $76,430.57, $4,274.25, and $5,400,758.09, was adjudicated by criminal forfeiture proceedings in *United States v. Betancourt,* B-03-090; and

WHEREAS, the United States has been granted leave to amend its complaint for forfeiture *in rem* to include as defendant property $2,027,378.43 in the possession of the Internal Revenue Service; and

WHEREAS, the Court believes the money in the possession of the Internal Revenue Service is subject to further proceedings in accordance with the findings of the jury and the Court in *United States v. Betancourt,* B-03-090;

NOW THEREFORE, you are COMMANDED to arrest the $2,027,378.43 by serving the Internal Revenue Service (IRS) with a copy of this Warrant of Arrest In Rem and Amended Complaint for Forfeiture. The IRS may be served through Mr. Thomas Herrin, an attorney with the Tax Division, Department of Justice, with personal service, if any, as he may direct as necessary to seize the *res* and adjudicate the interests of the parties in the money.

IT IS FURTHER ORDERED that the IRS is designated Substitute Custodian of the $2,027,378.43; the IRS shall maintain the property pending further Order of the Court determining title and distribution of the funds.

DONE at Brownsville, Texas, this __15__ day of __Feb__, 2005.

_____
Hilda G. Tagle
United States District Judge