United States District Court
Southern District of Texas
FILED

MAR 01 2005

Michael N. Milby
Clerk of Court

## Department of the Treasury
*Federal Law Enforcement Agencies*
### PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>B-03-059 |
|---|---|
| DEFENDANT<br>JOSE LUIS BETANCOURT | TYPE OF PROCESS<br>AMENDED COMPLAINT |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize<br>Norma Alicia Guerrero, through Attorney Phil Bellamy |
|---|---|
| | Law Offices of Phil Bellamy, 815 Ridgewood, Brownsville, TX 78520 |

| Send NOTICE OF SERVICE copy to Requester:<br>SUSAN B. KEMPNER<br>ASSISTANT U.S. ATTORNEY<br>OFFICE OF THE UNITED STATES ATTORNEY<br>PO BOX 61129<br>HOUSTON, TEXAS 77208-1129 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

**PLEASE SERVE A COPY OF THE AMENDED COMPLAINT**

Signature of Attorney or other Originator requesting service on behalf of [X] Plaintiff [ ] Defendant
Telephone No. (713) 567-9565
Date Feb 18, 2005

SIGNATURE OF PERSON ACCEPTING PROCESS:
Date 2/23/05

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date 02/23/05 |
|---|---|---|---|---|

I hereby Certify and Return That I [X] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served if not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service<br>2-23-05 | Time of Service 3:50 [ ] AM [X] PM |
| | Signature, Title and Treasury Agency | |

**REMARKS:**

TD F 90-22.48 (6/96)

☐ RETURN TO COURT   ☐ FOR CASE FILE   ☐ LEAVE AT PLACE OF SERVICE   ☐ FILE COPY