United States District Court
Southern District of Texas
FILED

MAR 01 2005

Michael N. Milby
Clerk of Court

## Department of the Treasury
*Federal Law Enforcement Agencies*

### PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | B-03-059 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| JOSE LUIS BETANCOURT | AMENDED COMPLAINT |

**SERVE AT**

Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize
James E. Belton, Attorney at law, through A.C. Nelson, James E. Belton, Arturo A. McDonald, Jr.

3505 Boca Chico Blvd., Suite 434, Brownsville, Texas 78521

Send NOTICE OF SERVICE copy to Requester:
SUSAN B. KEMPNER
ASSISTANT U.S. ATTORNEY
OFFICE OF THE UNITED STATES ATTORNEY
PO BOX 61129
HOUSTON, TEXAS 77208-1129

| | |
|---|---|
| Number Of Process To Be Served In This Case. | |
| Number Of Parties To Be Served In This Case. | |
| Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

### PLEASE SERVE A COPY OF THE AMENDED COMPLAINT

Signature of Attorney or other Originator requesting service on behalf of [X] Plaintiff [ ] Defendant
Telephone No. (713) 567-9565
Date Feb 18, 2005

SIGNATURE OF PERSON ACCEPTING PROCESS: *Jms E. Belton*  Date 2/23/05

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date 02/23/05 |

I hereby Certify and Return That I [X] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE of Individual Served If not shown above:

[ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above.)

Date of Service: 2-23-05

Time of Service: 3:30 [ ] AM [X] PM

Signature, Title and Treasury Agency

REMARKS:

TD F 90-22.48 (6/96)

[ ] RETURN TO COURT    [ ] FOR CASE FILE    [ ] LEAVE AT PLACE OF SERVICE    [ ] FILE COPY