

## Department of the Treasury
*Federal Law Enforcement Agencies*
### PROCESS RECEIPT AND RETURN

United States District Court
Southern District of Texas
FILED

APR 0 1 2005

Michael N. Milby
Clerk of Court

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | B-03-059 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| $2,027,378.43 | PUBLICATION |

**SERVE AT**

Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize
U.S. CUSTOMS SERVICE - FP & F (ATTN: AMADIA RODRIGUEZ)
JUAREZ-LINCOLN, BRIDGE #2, BUILDING #2, LAREDO, TX 78044-3130

Send NOTICE OF SERVICE copy to Requester:
SUSAN B. KEMPNER
ASSISTANT U.S. ATTORNEY
OFFICE OF THE UNITED STATES ATTORNEY
PO BOX 61129
HOUSTON, TEXAS 77208-1129

| | |
|---|---|
| Number Of Process To Be Served In This Case. | |
| Number Of Parties To Be Served In This Case. | |
| Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)
NOTICE OF FORFEITURE ATTACHED. PLEASE PUBLISH IN BROWNSVILLE IN A NEWSPAPER OF GENERAL CIRCULATION FOR THREE CONSECUTIVE WEEKS AND PROVIDE A VOUCHER AND A COPY OF THE PUBLICATION NOTICE TO THE AUSA AS SOON AS POSSIBLE AFTER THE LAST DAY OF PUBLICATION.

Signature of Attorney or other Originator requesting service on behalf of [X] Plaintiff [ ] Defendant
Telephone No. (713) 567-9565
Date: Feb 10, 2005

SIGNATURE OF PERSON ACCEPTING PROCESS:   Date

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. ____ | District to Serve No. ____ | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|
| | | | | |

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service | Time of Service | [ ] AM [ ] PM |
| | Signature, Title and Treasury Agency | | |

**REMARKS:** Herein Attached is an Affidavit of Publication which certifies publication of notice as requested. This notice has been made part of seizure case file no. 2005-2301-0-00233-01.

TD F 90-22.48 (6/96)

[ ] RETURN TO COURT   [ ] FOR CASE FILE   [ ] LEAVE AT PLACE OF SERVICE   [ ] FILE COPY

# The Brownsville Herald

UNITED STATES OF AMERICA
v. $76,430.57, et al

Civil No. B-03-059

**NOTICE OF INTENT TO FORFEIT**

By amended complaint the United States of America intends to forfeit $2,027,378.43.

Anyone with a legal interest in the Defendant Property, $2,027,378.43, who seeks to contest the forfeiture must file a claim the manner set forth in Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims, within 30 days of publication, and an answer within 20 days thereafter. Such pleadings shall be filed with the U.S. District Clerk, 600 E. Harrison Street, Brownsville, Texas, 78520, with a copy to Susan B. Kempner, Assistant U.S. Attorney, P.O. Box 61129, Houston, Texas, 77208-1129.

2/22, 3/1, 3/8/2005

## PUBLISHER'S AFFIDAVIT

STATE OF TEXAS
CAMERON COUNTY

_____Ricardo Acosta_____, BEING DULY SWORN ON HIS OATH STATES THAT HE IS THE BOOKKEEPER OF THE BROWNSVILLE HERALD AND THAT THE ATTACHED NOTICE

Notice Of Intent To Forfeit

APPEARED IN THE FOLLOWING ISSUES      February 22, 2005

#4836

SUBSCRIBED AND SWORN BEFORE ME THIS   25th   DAY OF   February
2005

OLGA SALDIVAR
Notary Public
State of Texas
My Comm. Exp. 03/07/07

NOTARY PUBLIC, CAMERON COUNTY