IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 6 2005

Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| Plaintiff, § | CIVIL ACTION |
| § | |
| V. § | |
| § | NO. B-03-059 |
| $76,430.57 § | |
| AND § | |
| $4,274.25 § | |
| AND § | |
| $5,400,758.09 § | |
| AND § | |
| $2,027,378.43 § | |
| Defendants, § | |

## GUADALUPE ROSALES' SUPPLEMENTAL VERIFIED SEIZED ASSET CLAIM TO PLAINTIFF'S AMENDED COMPLAINT FOR FORFEITURE IN REM

COMES NOW, GUADALUPE ROSALES, hereinafter known as the Claimant, and files this his Supplemental Verified Seized Asset Claim to the Plaintiff's Amended Complaint For Forfeiture in Rem, and in support thereof, would respectfully show unto the Court as follows:

I.

Claimant's Supplemental Verified Seized Asset Claim is being filed pursuant to 18 U.S.C. § 983(a) and (d) and Rule 6(c) in the Supplemental Rules for Certain Admiralty and Maritime Claims.

II.

Claimant is claiming a one half interest in the seized currency the subject of this forfeiture action, which are $76,430.57, $4,274.25, $5,400,758.09, and $2,027,378.43. The disposition of this Claimant's in interest in the $76,430.57, $4,274.25, and $5,400,758.09 have been fully and finally adjudicated in the criminal forfeiture proceeding, where the preliminary order of forfeiture was amended and claimant was awarded one half (50%) of these sums, which claimant received on April 13, 2005.

III.

With regard to the sum of $2,027,378.43 on deposit and in the possession of the Internal Revenue Service, Claimant asserts a 50% interest in it. The basis for Claimant's interest in this currency is a final order of forfeiture in the criminal case of United States v. Betancourt, in Cause No.

1

B-03-090, wherein the court found that Claimant, GUADALUPE ROSALES, had a 50% interest in the Texas Lottery winnings, the assets subject of this forfeiture action.

Respectfully submitted,

LAW OFFICE OF REYNALDO M. MERINO
4800 North 10th St., Ste. F
McAllen, Texas 78504-2874
Tel (956)630-2000
Fax (56)618-2800

_____
Reynaldo M. Merino
State Bar No.: 13953250
Attorney For GUADALUPE ROSALES

## VERIFICATION

THE STATE OF TEXAS           §

COUNTY OF HIDALGO            §

**BEFORE ME,** the undersigned authority, in and for the aforesaid State and County, on this day personally appeared **GUADALUPE ROSALES,** Claimant in the above styled and numbered cause, who being by me duly sworn, upon his oath, deposed and said that he has personal knowledge of the matters contained in GUADALUPE ROSALES' SUPPLEMENTAL VERIFIED SEIZED ASSET CLAIM TO AMENDED IT'S COMPLAINT FOR FORFEITURE IN REM and that the matters contained herein are true and correct.

_____
GUADALUPE ROSALES

SUBSCRIBED AND SWORN TO BEFORE ME on this the __21st__ day of __April__, 2005, to certify which witness my hand and official seal.

[Notary Seal: PATRICIA RIOS-GARCIA, MY COMMISSION EXPIRES September 30, 2008]

_____
NOTARY PUBLIC, STATE OF TEXAS
My commission expires: 9-30-08

2

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the above and foregoing document, GUADALUPE ROSALES' SUPPLEMENTAL VERIFIED SEIZED ASSET CLAIM TO IT'S AMENDED COMPLAINT FOR FORFEITURE IN REM was this the __25th__ day of April, 2005, forwarded to:

Ms. Susan Kempner         Via CMRRR No. 7003 1680 0007 2833 8730
Assistant United States Attorney
P.O. Box 61129
910 Travis, Ste. 1500
Houston, Texas 77208

_____
Reynaldo M. Merino

3