IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 6 2005

Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA <br> Plaintiff, | § <br> § <br> §    CIVIL ACTION |
| V. | § <br> § <br> §    NO. B-03-059 |
| $76,430.57 <br> AND <br> $4,274.25 <br> AND <br> $5,400,758.09 <br> AND <br> $2,027,378.43 <br> Defendants, | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § |

**CLAIMANT'S ANSWER TO AMENDED COMPLAINT FOR FORFEITURE IN REM**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, GUADALUPE ROSALES, hereinafter known as the Claimant, by and through his attorney, Reynaldo M. Merino, and hereby answers the Plaintiff's Amended Complaint For Forfeiture in Rem as follows:

1. Claimant has insufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 1 of the Complaint.

2. The allegations contained in paragraphs 2 through 8 of the Complaint are admitted.

3. Claimant, Guadalupe Rosales reserves the right to supplement and amend this answer as necessary as the matters develop through discovery of certain facts and circumstances regarding the Plaintiff's Amended Complaint for Forfeiture in Rem and specifically reserves his right to file any applicable counter-claims.

WHEREFORE, PREMISES CONSIDERED, Claimant, Guadalupe Rosales, prays that the Honorable Court will:

(1) order that one half of the money held by the IRS or $1,013,689.21 be credited to GUADALUPE ROSALES in accordance with the findings of the Court in the final order of forfeiture in United States v Betancourt, Cause No, B-03-090; and

(2) provide such other and further relief, both legal and equitable as the Court deems proper and just.

Respectfully submitted,

LAW OFFICE OF REYNALDO M. MERINO
4800 North 10th St., Ste. F
McAllen, Texas 78504-2874
Tel (956) 630-2000
Fax (956) 618-2800

Reynaldo M. Merino
Fed ID No.: 19865
Attorney for GUADALUPE ROSALES

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document, CLAIMANT'S ANSWER TO AMENDED COMPLAINT FOR FORFEITURE IN REM was this the _25th_ day of April, 2005, forwarded to:

Ms. Susan Kempner
Assistant United States Attorney
P.O. Box 61129
910 Travis, Ste. 1500
Houston, Texas 77208

Via CMRRR No. 7003 1680 0007 2833 8730

Reynaldo M. Merino