United States District Court
Southern District of Texas
ENTERED

SEP 1 6 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CIVIL ACTION NO. B-03-059 |
| Plaintiff, | § | |
| v. | § | |
| | § | |
| $76,430.57 (SEVENTY SIX THOUSAND, FOUR HUNDRED THIRTY DOLLARS AND 57 CENTS) IN UNITED STATES CURRENCY | § | |
| AND | § | |
| $4,274.25 (FOUR THOUSAND TWO HUNDRED SEVENTY FOUR DOLLARS AND 25 CENTS) | § | |
| AND | § | |
| $5,400,758.09 (FIVE MILLION FOUR HUNDRED THOUSAND SEVEN HUNDRED FIFTY EIGHT DOLLARS AND 9 CENTS) | § | |
| AND | § | |
| $2,027,378.43 (TWO MILLION TWENTY SEVEN THOUSAND THREE HUNDRED SEVENTY EIGHT DOLLARS AND 43 CENTS) | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED, that on September 16, 2005, the Court **STRUCK** the Motion for Judgment on Defendant $2,027,378.43 filed by the United States of America [Dkt. No. 27].

The motion indicates that Claimant Guadalupe Rosales and the Internal Revenue Service join the United States in the motion for judgment. If the motion is unopposed, pursuant to Local Rule 7.2, it must bear the caption "unopposed" as

required. Additionally, the motion should bear the signatures of all parties joining in the motion. Although the body of the motion states that Jose Luis Betancourt is opposed, counsel has failed to comply with the Local Rule 7.1 requirement of a certificate of conference.

Additionally, Rule 5 of the Federal Rules of Civil Procedure and Local Rule 5.3 require a certificate of service showing that the motion has been served on each of the parties. The United States has failed to comply with the rules in filing this motion. Therefore, the Court **STRIKES** Motion for Judgment on Defendant $2,027,378.43.

DONE this 16th day of September, 2005, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge