IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. B-03-059 |
| | § | |
| $76,430.57 (SEVENTY SIX THOUSAND, FOUR HUNDRED THIRTY DOLLARS AND 57 CENTS) IN UNITED STATES CURRENCY | § § § § § | |
| AND | § § | |
| $4,274.25 (FOUR THOUSAND TWO HUNDRED SEVENTY FOUR DOLLARS AND 25 CENTS) | § § § § | |
| AND | § § | |
| $5,400,758.09 (FIVE MILLION FOUR HUNDRED THOUSAND SEVEN HUNDRED FIFTY EIGHT DOLLARS AND 9 CENTS) | § § § § § | |
| AND | § § | |
| $2,027,378.43 (TWO MILLION TWENTY SEVEN THOUSAND THREE HUNDRED SEVENTY EIGHT DOLLARS AND 43 CENTS) | § § § § § | |
| Defendants. | § | |

<u>FINAL ORDER OF FORFEITURE ON DEFENDANT $2,027,378.43</u>

The government's motion for judgment on the defendant

$2,027,378.43 is granted.  It is ORDERED that:

1.  Jose Luis Betancourt's answer to the amended complaint for forfeiture is stricken;

2.  All persons, except Guadalupe Rosales, claiming any right, title or interest in or to the defendant $2,027,378.43, are held in default; and

3.  The defendant $2,027,378.43 is awarded to the United States and Guadalupe Rosales as follows:

    a.  $1,013,689.21 is forfeited to the United States to be disposed of according to law; and

    b.  The United State Revenue Service shall credit Guadalupe Rosales's name and social security number with $1,013,689.22 to be applied against anticipated federal tax liability associated with the award of a one-half interest in the payout on the December 11, 2002 winning lottery ticket, awarded in the ancillary proceeding in *United States v. Betancourt,* B-03-090, that is, an award of $38,215.28, $2,137.13 and $2,700,379.05.

THIS IS A FINAL ORDER OF FORFEITURE.

    DONE at Brownsville, Texas, this _____ day of _____, 2005.

                                                    _____
                                                    Hilda G. Tagle
                                                    United States District Judge